UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

SUSAN M. RICHARDSON                                                                            PLAINTIFF

v.

MENARD, INC.                                                                                           DEFENDANT

---

**NOTICE OF REMOVAL**

---

Defendant, Menard, Inc. ("Defendant"), by and through counsel, and pursuant to 28 U.S.C. §§ 1441 and 1446, hereby removes this action from the Vanderburgh Circuit Court, in Vanderburgh County, Indiana, to the United States District Court for the Southern District of Indiana, Evansville Division.  As grounds for this removal, Defendant states as follows:

1. Plaintiff Susan M. Richardson filed this lawsuit on October 19, 2017, in the Vanderburgh Circuit Court, Case No. 82C01-1710-CT-005370, against Menard, Inc. (the "State Court Action").

2. Plaintiff is a citizen and resident of the state of Indiana. (*See* State Court Action Complaint at ¶ 1, attached as part of State Court Record (**Ex. 1**).)

3. Defendant is a citizen of Wisconsin and was a citizen of Wisconsin at the time the Complaint was filed as, at both times, it was incorporated in and had/has its principal place of business in Wisconsin.

4. In her Complaint, Plaintiff alleges that Defendant was negligent and permitted a dangerous condition to exist on the Menard, Inc. premises in Evansville Indiana, causing her to fall and incur injury and damage, both temporary and permanent. (*See* State Court Action

Complaint, attached as part of State Court Record (**Ex. 1.**))  Plaintiff did not allege an amount in controversy.

5. On November 2, 2017, Plaintiff's counsel confirmed via electronic mail that Plaintiff is seek in excess of $75,000, exclusive of interests and costs in this action.

6. This Notice of Removal is timely filed within 30 days of Plaintiff's admission of the amount in controversy, pursuant to 28 U.S.C. § 1446(b).

7. Under 28 U.S.C. § 1332(a), federal courts have original jurisdiction over all civil actions between citizens of different states where the amount in controversy exceeds the sum or value of $75,000.00, exclusive of costs and interest.

8. This Court thus has subject matter jurisdiction over this action and all claims asserted against Defendant, pursuant to 28 U.S.C. § 1332(a), as Plaintiff has placed more than $75,000.00 in controversy and there is complete diversity as between the parties.  Removal of this action to this Court is thus proper under 28 U.S.C. § 1441.

9. Venue is proper in this Court pursuant to 28 U.S.C. § 94(b)(3) and 1441(a), as the United States District Court for the Southern District of Indiana, Evansville Division, is the federal judicial district and division embracing the Vanderburgh Circuit Court where the State Court Action was originally filed.

10. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings and orders served upon Defendant in the State Court Action are attached to this Notice as **Exhibit 1**.

12. Pursuant to 28 U.S.C. § 1446(d), Defendant has filed this Notice with this Court, is serving a copy of this Notice upon Plaintiff's counsel and is filing a copy in the Vanderburgh Circuit Court. **(Ex. 2)**

**WHEREFORE**, for the reasons set forth above, Menard, Inc. requests that this Court assume full jurisdiction over this action, as provided by law.

Respectfully submitted,

Reminger Co., L.P.A.

/s/ B. Scott Jones
B. Scott Jones, Esq.
730 West Main Street, Suite 300
Louisville, KY 40202
Telephone:    (502) 584-1310
Facsimile:     (502) 589-5436
Email: sjones@reminger.com

and

/s/ Trevor Wells
Trevor Wells, Esq.
2100 North Main Street, Suite 202
One Professional Center
Crown Point, Indiana 46307
Email: twells@reminger.com

*Counsel for Defendant, Menard, Inc.*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on November 13, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

  I further certify that a copy of the foregoing has been sent to the following via regular U.S. Mail, postage pre-paid, on November 13, 2017:

Robert W. Rock
Gerling Law Offices
519 Main Street
P.O. box 3203
Evansville, IN 47731
***Counsel for Plaintiff***

              /s/ B. Scott Jones
              B. Scott Jones, Esq.
              Trevor Wells